IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE L. McCRAY | : |
| Plaintiff | : |
| v. | : Case 8:16-cv-00934-PJM |
| SAMUEL I WHITE P.C., et al | : |
| Defendants | : |

## DISCLOSURE OF CORPORATE INTEREST AND AFFILIATION FOR SAMUEL I WHITE P.C.

I hereby certify, as counsel the Defendant SAMUEL I WHITE PC ("SIWPC") that

1. SIWPC is a State of Virginia professional legal corporation qualified to conduct business in the State of Maryland. It has no parent corporation. No other corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D.Md.)

2. SIWPC shares are not traded on any market and are closely held.

        Respectfully Submitted:
        Samuel I. White, PC

        /s/ Robert H. Hillman

        Robert H. Hillman, MD 06910
        611 Rockville Pike #100
        Rockville, MD 20852
            301-804-3385
            Fax 301-838-1954
        rhilllman@siwpc.com
        Attorney for Samuel I White
        P.C. and the SIWPC Individuals

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on <u>May 26, 2016</u>, I mailed, by first class mail, postage prepaid, a copy of the foregoing to: Renee L. McCray, 109 North Edgewood Street, Baltimore, MD 21229, Plaintiff;

/s/ Robert H. Hillman

Robert H. Hillman