```
======================================
             CARROLL
         340 S LOUDON AVE
            BALTIMORE
               MD
            21229-9998
            2304010009
06/08/2016   (800)275-8777   1:52 PM
======================================

======================================
Product                Sale      Final
Description            Qty       Price
--------------------------------------
First-Class             1        $0.47
Mail
Letter
    (Domestic)
    (ROCKVILLE, MD  20852)
    (Weight:0 Lb 0.50 Oz)
    (Expected Delivery Day)
    (Friday 06/10/2016)
--------------------------------------
Total                            $0.47
--------------------------------------
Cash                             $0.47
```

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*******************************************
Get your mail when and where you want
it with a secure Post Office Box. Sign
up for a box online at
usps.com/poboxes.
*******************************************

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5210-0107-002-00002-93305-02

or scan this code with
your mobile device:



or call 1-800-410-7420.

YOUR OPINION COUNTS

Bill #:  840-52100107-2-293305-2
Clerk:   25