IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RENEE L. MCCRAY | * |
| Plaintiff | * |
| v. | * Civil No. **PJM 16-934** |
| SAMUEL I. WHITE, P.C. et al. | * |
| Defendants | * |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time to File a Response in Opposition to Motion to Dismiss, ECF No. 9, it is, this 13 day of June 2016

**ORDERED** that Plaintiff's Motion, ECF No. 9, is **GRANTED** insofar as the Plaintiff's time to file a response is extended until **July 1, 2016**.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE